TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-97-00463-CR

Hardesty Bogany, Appellant

v.

The State of Texas, Appellee

FROM THE DISTRICT COURT OF BEXAR COUNTY, 144TH JUDICIAL DISTRICT

NO. 97CR3059A, HONORABLE SUSAN D. REED, JUDGE PRESIDING

Appellant Hardesty Bogany pleaded no contest to an indictment accusing him of aggravated
sexual assault. See Tex. Penal Code Ann. § 22.021(a)(1)(A)(ii), (a)(2)(A)(ii) (West Supp. 1998). The
district court adjudged him guilty and assessed punishment at imprisonment for seventy years and a $5,000
fine.

Appellant's court-appointed attorney filed a brief concluding that the appeal is frivolous and
without merit. The brief meets the requirements of Anders v. California, 386 U.S. 738 (1967), by
presenting a professional evaluation of the record demonstrating why there are no arguable grounds to be
advanced. See also Penson v. Ohio, 488 U.S. 75 (1988); High v. State, 573 S.W.2d 807 (Tex. Crim.
App. 1978); Currie v. State, 516 S.W.2d 684 (Tex. Crim. App. 1974); Jackson v. State, 485 S.W.2d
553 (Tex. Crim. App. 1972); Gainous v. State, 436 S.W.2d 137 (Tex. Crim. App. 1969). A copy of
counsel's brief was delivered to appellant, and appellant was advised of his right to examine the appellate
record and to file a pro se brief. No pro se brief has been filed.

We have reviewed the record and counsel's brief and agree that the appeal is frivolous and
without merit. Further, we find nothing in the record that might arguably support the appeal.

The judgment of conviction is affirmed.

 

 John Powers, Justice

Before Justices Powers, Kidd and B. A. Smith

Affirmed

Filed: June 11, 1998

Do Not Publish